# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2014

## NO. 03-13-00816-CV

**D. K., Sr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 35TH DISTRICT COURT OF MILLS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on November 4, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.